| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-15097-AMC**

SCOTT G BACHMAN  
1049 Willopenn Drive  
Southampton  PA    18966

Petition Filed Date: 08/13/2019  
341 Hearing Date: 10/25/2019  
Confirmation Date: 06/10/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2020 | $265.00 | | 02/21/2020 | $265.00 | | 03/23/2020 | $265.00 | |
| 04/20/2020 | $265.00 | | 05/20/2020 | $265.00 | | 06/22/2020 | $265.00 | |
| 07/20/2020 | $265.00 | | 08/20/2020 | $265.00 | | 09/21/2020 | $265.00 | |
| 10/20/2020 | $265.00 | | 11/20/2020 | $265.00 | | 12/21/2020 | $265.00 | |
| 01/21/2021 | $265.00 | | 02/23/2021 | $265.00 | | 03/22/2021 | $265.00 | |
| 04/20/2021 | $265.00 | | 05/21/2021 | $265.00 | | | | |

**Total Receipts for the Period:  $4,505.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $5,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $4,541.84 | $0.00 | $4,541.84 |
| 2 | CCAP AUTO LEASE LTD<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CHASE BANK USA NA<br>»»  003 | Unsecured Creditors | $9,341.31 | $0.00 | $9,341.31 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  004 | Unsecured Creditors | $2,184.26 | $0.00 | $2,184.26 |
| 5 | FREEDOM MORTGAGE CORPORATION<br>»»  005 | Mortgage Arrears | $3,707.82 | $476.79 | $3,231.03 |
| 6 | FREEDOM MORTGAGE CORPORATION<br>»»  05P | Secured Creditors | $4,428.70 | $569.50 | $3,859.20 |
| 7 | BECKET & LEE, LLP<br>»»  006 | Unsecured Creditors | $2,768.28 | $0.00 | $2,768.28 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  007 | Unsecured Creditors | $10,950.21 | $0.00 | $10,950.21 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  008 | Unsecured Creditors | $6,620.63 | $0.00 | $6,620.63 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,800.00 | $3,800.00 | $0.00 |

**Chapter 13 Case No. 19-15097-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,300.00 | Current Monthly Payment: | $265.00 |
| Paid to Claims: | $4,846.29 | Arrearages: | $265.00 |
| Paid to Trustee: | $453.71 | Total Plan Base: | $15,900.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.