Case 19-15097-amc    Doc 50    Filed 08/16/22    Entered 08/16/22 09:59:19    Desc Main
Document    Page 1 of 2

Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 19-15097-AMC**

SCOTT G BACHMAN  
1049 Willopenn Drive  
Southampton  PA    18966

Petition Filed Date: 08/13/2019  
341 Hearing Date: 10/25/2019  
Confirmation Date: 06/10/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $265.00 | | 05/21/2021 | $265.00 | | 06/21/2021 | $265.00 | |
| 07/20/2021 | $265.00 | | 08/23/2021 | $265.00 | | 09/20/2021 | $265.00 | |
| 10/20/2021 | $265.00 | | 11/22/2021 | $265.00 | | 12/20/2021 | $265.00 | |
| 01/24/2022 | $265.00 | | 02/22/2022 | $265.00 | | 03/21/2022 | $265.00 | |
| 04/20/2022 | $265.00 | | 05/20/2022 | $265.00 | | 06/21/2022 | $265.00 | |
| 07/21/2022 | $265.00 | | | | | | | |

**Total Receipts for the Period: $4,240.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,010.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $4,541.84 | $0.00 | $4,541.84 |
| 2 | CCAP AUTO LEASE LTD<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CHASE BANK USA NA<br>»»  003 | Unsecured Creditors | $9,341.31 | $0.00 | $9,341.31 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  004 | Unsecured Creditors | $2,184.26 | $0.00 | $2,184.26 |
| 5 | RUSHMORE LOAN MANAGEMENT SERVICES<br>»»  005 | Mortgage Arrears | $3,707.82 | $2,022.53 | $1,685.29 |
| 6 | RUSHMORE LOAN MANAGEMENT SERVICES<br>»»  05P | Secured Creditors | $4,428.70 | $2,415.76 | $2,012.94 |
| 7 | BECKET & LEE, LLP<br>»»  006 | Unsecured Creditors | $2,768.28 | $0.00 | $2,768.28 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  007 | Unsecured Creditors | $10,950.21 | $0.00 | $10,950.21 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  008 | Unsecured Creditors | $6,620.63 | $0.00 | $6,620.63 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,800.00 | $3,800.00 | $0.00 |

**Chapter 13 Case No. 19-15097-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,010.00 | Current Monthly Payment: | $265.00 |
| Paid to Claims: | $8,238.29 | Arrearages: | $265.00 |
| Paid to Trustee: | $771.71 | Total Plan Base: | $15,900.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.