Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 19-15097-AMC**

SCOTT G BACHMAN  
1049 Willopenn Drive  
Southampton  PA    18966

Petition Filed Date: 08/13/2019  
341 Hearing Date: 10/25/2019  
Confirmation Date: 06/10/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $265.00 | | 09/20/2022 | $265.00 | | 10/20/2022 | $265.00 | |
| 11/21/2022 | $265.00 | | 12/20/2022 | $265.00 | | 01/23/2023 | $265.00 | |
| 02/21/2023 | $265.00 | | 03/20/2023 | $265.00 | | 04/20/2023 | $265.00 | |
| 05/22/2023 | $265.00 | | 06/21/2023 | $265.00 | | 07/20/2023 | $265.00 | |

**Total Receipts for the Period: $3,180.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,190.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $4,541.84 | $0.00 | $4,541.84 |
| 2 | CCAP AUTO LEASE LTD<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $9,341.31 | $0.00 | $9,341.31 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $2,184.26 | $0.00 | $2,184.26 |
| 5 | RUSHMORE LOAN MANAGEMENT SERVICES<br>»» 005 | Mortgage Arrears | $3,707.82 | $3,350.90 | $356.92 |
| 6 | RUSHMORE LOAN MANAGEMENT SERVICES<br>»» 05P | Secured Creditors | $4,428.70 | $4,002.39 | $426.31 |
| 7 | CAPITAL ONE NA<br>»» 006 | Unsecured Creditors | $2,768.28 | $0.00 | $2,768.28 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $10,950.21 | $0.00 | $10,950.21 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $6,620.63 | $0.00 | $6,620.63 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,800.00 | $3,800.00 | $0.00 |

**Chapter 13 Case No. 19-15097-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,190.00 | Current Monthly Payment: | $265.00 |
| Paid to Claims: | $11,153.29 | Arrearages: | $265.00 |
| Paid to Trustee: | $1,036.71 | Total Plan Base: | $15,900.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.