| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-15097-AMC**

SCOTT G BACHMAN  
1049 Willopenn Drive  
Southampton  PA    18966

Petition Filed Date: 08/13/2019  
341 Hearing Date: 10/25/2019  
Confirmation Date: 06/10/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $265.00 | | 09/20/2023 | $265.00 | | 10/23/2023 | $265.00 | |
| 11/21/2023 | $265.00 | | 12/20/2023 | $265.00 | | 01/23/2024 | $265.00 | |
| 02/21/2024 | $265.00 | | 03/20/2024 | $265.00 | | 04/22/2024 | $265.00 | |
| 05/20/2024 | $265.00 | | 06/21/2024 | $265.00 | | 07/22/2024 | $265.00 | |

**Total Receipts for the Period: $3,180.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $15,635.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $4,541.84 | $259.98 | $4,281.86 |
| 2 | CHRYSLER CAPITAL AUTO LEASE LTD<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CHASE BANK USA NA<br>»»  003 | Unsecured Creditors | $9,341.31 | $534.76 | $8,806.55 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  004 | Unsecured Creditors | $2,184.26 | $125.04 | $2,059.22 |
| 5 | FAY SERVICING LLC<br>»»  005 | Mortgage Arrears | $3,707.82 | $3,707.82 | $0.00 |
| 6 | FAY SERVICING LLC<br>»»  05P | Secured Creditors | $4,428.70 | $4,428.70 | $0.00 |
| 7 | CAPITAL ONE NA<br>»»  006 | Unsecured Creditors | $2,768.28 | $158.48 | $2,609.80 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  007 | Unsecured Creditors | $10,950.21 | $626.85 | $10,323.36 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  008 | Unsecured Creditors | $6,620.63 | $378.98 | $6,241.65 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,800.00 | $3,800.00 | $0.00 |

**Chapter 13 Case No. 19-15097-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,635.00 | Current Monthly Payment: | $265.00 |
| Paid to Claims: | $14,020.61 | Arrearages: | $265.00 |
| Paid to Trustee: | $1,375.89 | Total Plan Base: | $15,900.00 |
| Funds on Hand: | $238.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.