United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Scott G Bachman  
    Debtor

Case No. 19-15097-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 22, 2024      Form ID: 138OBJ      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott G Bachman, 1049 Willopenn Drive, Southampton, PA 18966-3425 |
| 14645257 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14558399 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14645508 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14378907 | | Freedom Mortgage Corporation, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14378908 | | Freedom Mortgage Corporation, C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14379428 | + | Freedom Mortgage Corporation, c/o THOMAS YOUNG HAE SONG, & ROBERT J. DAVIDOW, 1617 JFK Blvd. Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 22 2024 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2024 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14373331 | + | Email/Text: jvalencia@amhfcu.org | Oct 22 2024 23:48:00 | American Heritage Federal Credit Union, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14373330 | + | Email/Text: jvalencia@amhfcu.org | Oct 22 2024 23:48:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14407954 | | Email/PDF: bncnotices@becket-lee.com | Oct 23 2024 00:10:39 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14383734 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 22 2024 23:48:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14373335 | | Email/Text: mrdiscen@discover.com | Oct 22 2024 23:48:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14373336 | | Email/Text: mrdiscen@discover.com | Oct 22 2024 23:48:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14379114 | | Email/Text: mrdiscen@discover.com | Oct 22 2024 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14407175 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 22 2024 23:48:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID |

Case 19-15097-amc   Doc 64   Filed 10/24/24   Entered 10/25/24 00:39:13   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 22, 2024 | Form ID: 138OBJ | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| | | | | DRIVE, FISHERS IN 46037-9764 |
| 14645258 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 22 2024 23:48:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14373337 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 22 2024 23:48:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, Po Box 50428, Indianapolis, IN 46250-0401 |
| 14373338 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 22 2024 23:48:00 | Freedom Mortgage Corporation, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 14373332 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 22 2024 23:58:49 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14373333 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 22 2024 23:59:55 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14386027 | + | Email/Text: RASEBN@raslg.com | Oct 22 2024 23:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14373339 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 22 2024 23:48:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14373340 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 22 2024 23:48:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14373341 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 22 2024 23:48:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14373342 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 22 2024 23:48:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14396384 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 22 2024 23:48:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14373344 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2024 23:58:45 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14408375 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 23 2024 00:00:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14373343 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 23 2024 00:00:11 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14373345 | | Email/Text: clientrelations@optiosolutions.com | Oct 22 2024 23:48:00 | Qualia Collection Services, PO Box 4699, Petaluma, CA 94955 |
| 14733643 | ^ | MEBN | Oct 22 2024 23:41:51 | Rushmore Loan Management Services LLC,, for US Bank Natl, for RMTP Trust 2021 Co, c/o Jason Schwartz, Esq., 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14373346 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 22 2024 23:48:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14373347 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 22 2024 23:48:00 | Santander Consumer USA, Po Box 961275, Fort Worth, TX 76161-0275 |
| 14709327 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 22 2024 23:48:00 | U.S. Bank N.A., not in its individual capacity, but solely as trustee for RMTP Trust,, Series 2021 Cottage-TT-V, c/o: Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14863308 | ^ | MEBN | Oct 22 2024 23:41:40 | U.S. Bank National Association, et al., c/o Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 14373349 | + | Email/Text: support@ymalaw.com | Oct 22 2024 23:48:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 31

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 22, 2024 | Form ID: 138OBJ | Total Noticed: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14373334 | | Dineen Magagna |
| 14373348 | ##+ | Weltman, Weinberg & Reis Co., LP, 170 S. Independence Mall W., Suite 874, Philadelphia, PA 19106-3334 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 24, 2024     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:

**Name** | **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com

DENISE ELIZABETH CARLON
on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ
on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

JEROME B. BLANK
on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com mmorris@pincuslaw.com

LAUREN MOYER
on behalf of Creditor Rushmore Servicing as servicer for U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com

PAUL H. YOUNG
on behalf of Debtor Scott G Bachman support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

ROBERT J. DAVIDOW
on behalf of Creditor Freedom Mortgage Corporation robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

THOMAS SONG
on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*Form 138OBJ* (6/24)−doc 63 − 60

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Scott G Bachman                                      Case No. 19−15097−amc

Debtor(s).                                           Chapter: 13

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania  
900 Market Street  
Suite 400  
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 22, 2024                                                                               For The Court

                                                                                                            Timothy B. McGrath  
                                                                                                            Clerk of Court